January 14, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DENNIS WALKER, Appellant

NO. 14-13-00236-CV                        V.

LARRY SCHION, Appellee

_____

This cause, an appeal from the judgment signed February 28, 2013 in favor of appellee Larry Schion, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Dennis Walker to pay all costs incurred in this appeal.

We further order this decision certified below for observance.